UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL ANDERSON, *et. al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>AMERICAN AIRLINES, INC. *et. al*,<br><br>          Defendants. | Case No. 25-cv-03609-BAS-MSB<br><br>**ORDER:**<br>   **(1) VACATING AS MOOT MOTION TO DISMISS (ECF No. 52);**<br>   **(2) VACATING AS MOOT MOTION TO CHANGE VENUE (ECF No. 53);**<br>   **(3) VACATING AS MOOT MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM (ECF No. 54); AND**<br>   **(4) VACATING AS MOOT JOINT MOTION TO AMEND BRIEFING SCHEDULE (ECF No. 64)** |

On April 21, 2026, Plaintiffs Triston Sanderson, Disney-Sean Grannell, Andrew Fogel, Ketsia Mianda, Honnah Lusby, Kendall Anderson, Ashley Kumar, Ivana Page, Adam Khan, Thiago Ortega, Christopher Chodkowski, Ludgy Germain, Jamaal Johnson, Krystall Jones, Faith Little, Mathias Thelus, Samira McGowan, De'Andre Clark filed an amended complaint against Defendants American Airlines Group, Inc., American Airlines, Inc., Coast Flight Training and Management, Inc. (ECF No. 62.) "A complaint that has

been amended pursuant to Fed. R. Civ. P. 15(a) supersedes the pleading it modifies, rendering the original pleading void." *Datastorm Techs., Inc. v. Excalibur Commc'ns, Inc.,* 888 F.Supp. 112, 114 (N.D. Cal. 1995) (citing *Loux v. Rhay,* 375 F.2d 55 (9th Cir. 1967).

Since the aforementioned Defendants are the only remaining Defendants in this action, the Court **VACATES AS MOOT** Defendants' prior motions to dismiss Plaintiff's original complaint, to transfer venue, and to amend their briefing schedule with respect to those motions. (ECF Nos. 52, 53, 54, 64.) Defendants may file renewed motions to dismiss or to transfer venue in response to Plaintiff's amended complaint. (ECF No. 62.)

**IT IS SO ORDERED.**

**DATED: May 15, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**

- 2 -

25cv3609