Michele Haydel Gehrke (Cal. Bar No. 215647)
Email: mgehrke@reedsmith.com
Brian Morris (Cal. Bar No. 281409)
Email: bmorris@reedsmith.com
REED SMITH LLP
101 Second Street
Suite 1800
San Francisco, CA 94105-3659
Telephone:   +1 415 543 8700
Facsimile:    +1 415 391 8269

Daniel H. Ahn (Cal. Bar No. 235023)
Email: dahn@reedsmith.com
REED SMITH LLP
650 Town Center Drive
Suite 1600
Costa Mesa, CA 92626
Telephone:   +1 714 516 8700
Facsimile:    +1 714 516 8699

Brian M. Noh (Cal. Bar No. 293564)
Email: bnoh@reedsmith.com
Victoria Shin (Cal. Bar No. 306347)
Email: vshin@reedsmith.com
REED SMITH LLP
515 South Flower Street
Suite 4300
Los Angeles, CA 90071
Telephone:   +1 213 457 8000
Facsimile:    +1 213 457 8080

*Attorneys for Defendants American Airlines, Inc., American Airlines Group Inc.*

[Additional Counsel on next page]

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENDALL ANDERSON, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>AMERICAN AIRLINES, INC., ET AL.,<br><br>Defendants. | Case No. 3:25-cv-03609-BAS<br><br>**JOINT MOTION TO AMEND BRIEFING SCHEDULE FOR DEFENDANTS' FORTHCOMING MOTIONS TO DISMISS AND THE AMERICAN DEFENDANTS' FORTHCOMING MOTION TO TRANSFER** |

JOINT MOTION TO AMEND BRIEFING SCHEDULE

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Shauna J. Wright (TX Bar No. 24052054 *pro hac vice*)
Email: Shauna.wright@kellyhart.com
Elizabeth C. Thomas (TX Bar No. 240100166 *pro hac vice*)
Email: Elizabeth.Thomas@kellyhart.com
KELLY HART & HALLMAN, LLP
201 Main Street, Suite 2000
Fort Worth, TX 76102
Telephone: (619) 821-3337
Facsimile: (817) 878-9860

*Attorneys for Defendants American Airlines, Inc., American Airlines Group, Inc.,*

Arthur Willner (Cal Bar No. 118480)
Email: awillner@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
445 South Figueroa Street, Suite 2980
Los Angeles, CA 90071
Telephone: 213-234-1750
Facsimile: 213-234-1747

*Attorney for Coast Flight Training and Management, Inc.*

Cara Van Dorn (CA Bar No. 321669)
cvandorn@sanfordheisler.com
Hilary Rosenthal (CA Bar No. 332384)
hrosenthal@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
7911 Herschel Avenue, Suite 300
La Jolla, CA 92037
Telephone: (619) 821-3337
Facsimile: (619) 577-4250

Saba Bireda (DC Bar No. 888229591, *pro hac vice*)
sbireda@sanfordheisler.com
Christine Dunn (DC Bar No. 468401, *pro hac vice*)
cdunn@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
700 Pennsylvania Ave. SE, Suite 300
Washington, DC 20003
Telephone: (202) 499-5209
Facsimile: (202) 499-5199

Carolin Guentert (NY Bar No. 5354519, *pro hac vice*)
cguentert@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
17 State Street, Suite 3700
New York, NY 10004
Telephone: (646) 768-7058
Facsimile: (202) 499-5199

Michael Lockman (TN Bar No. 039797, *pro hac vice*)
mlockman@sanfordheisler.com
SANFORD HEISLER SHARP MCKNIGHT, LLP
611 Commerce St., Suite 3100

- 2 -

Nashville, TN 37203
Telephone: (615) 434-7004
Facsimile: (615) 434-7020

*Attorneys for Plaintiffs*

JOINT MOTION TO AMEND BRIEFING SCHEDULE

## I.   **INTRODUCTION**

Pursuant to Local Rule 7.2 of the United States District Court for the Southern District of California and Rule 7 of this Court's Standing Orders, Plaintiffs and Defendants American Airlines, Inc. ("AA"), American Airlines Group Inc. ("AAG") (collectively, "American Defendants"), and Coast Flight Training and Management, Inc. ("Coast") (Plaintiffs and Defendants collectively, "the Parties") file this Joint Motion seeking an order from this Court approving the modified briefing schedule requested herein for the American Defendants' and Coast's forthcoming responsive pleadings and motions, including the motions to dismiss and transfer.

The Court has broad authority to manage its docket by, among other things, establishing a briefing schedule. Given the number of parties and claims in this case and the numerous issues in the forthcoming motions, modification of the standard briefing schedule as requested is warranted to ensure the Parties have adequate time to thoroughly address one another's arguments.

## II.   **PROCEDURAL HISTORY**

On December 16, 2025, 18 Plaintiffs filed their Complaint against Coast, AA Defendants, and American Airlines Federal Credit Union ("AAFCU") [ECF No. 1]. Plaintiffs asserted numerous causes of action including fraud, misrepresentation, discrimination, and other claims.

On January 26, 2026, the Parties filed a joint motion requesting an extension of Defendants' deadline to respond to the pleadings from February 17, 2026, to March 18, 2026. [ECF No. 13]. In that joint motion, the Parties explained to the Court that Plaintiffs agreed to this extension in exchange inter alia for Defendants' agreement that a hearing date on any motions responding to the pleadings (including the forthcoming motions at issue in this instant Joint Motion) would be set "on the latest day possible" under the Local Rules of this District and under this Court's Standing Orders and "in any event not earlier than 45 days after filing [such motion.]" [ECF No. 13 at 4]. The Court granted that joint motion on January 26, 2026, thereby extending Defendants' deadline to respond

to the pleadings to March 18, 2026. [ECF No. 23].

On March 10, 2026, AA, AAG and AAFCU filed an *ex parte* application for an order: (1) entering the parties' agreed-upon briefing schedule for motions submitted in response to Plaintiffs' Complaint, and (2) authorizing the AA, AAG and AAFCU to file a single joint motion to transfer venue in lieu of including a motion to transfer in each of their forthcoming motions to dismiss, among other relief. [ECF No. 46]. All parties agreed with the proposed hearing date and briefing schedule and request (1) was unopposed. Request (2) was consented to by Coast and opposed by Plaintiffs. *Id*.

On March 13, 2026, the Court approved the proposed briefing schedule pursuant to the Parties' agreement, and granted AA, AAG and AAFCU's request to separately file a motion to transfer. [ECF No. 48]. The Court also ordered AA, AAG and AAFCU file a single consolidated motion to dismiss and a single consolidated motion to transfer. *Id*.

On April 7, 2026, Plaintiffs voluntarily dismissed all claims against AAFCU without prejudice. [ECF No. 55].

On April 8, 2026, Plaintiffs filed an unopposed motion to add two additional plaintiffs in addition to their amendments as-of-right under Federal Rule of Civil Procedure 15(a)(1)(B). [ECF No. 56]. On the same day, the Parties filed a joint motion to extend Defendants' time to respond to Plaintiffs' First Amended Complaint. [ECF No. 57].

On April 21, 2026, the Court granted Plaintiffs' unopposed motion to add plaintiffs and the Parties' joint motion for extension of time to respond to the amended complaint. [ECF No. 61]. The ECF docket entry for ECF No. 61 indicates that the Court extended Defendants' deadline to respond to the amended complaint to May 21, 2026. *See* Docket Text, ECF No. 61 ("Responses due by 5/21/2026"). (The Order itself, [*see* ECF No. 61], indicates a deadline of May 12, 2026, which the Parties understand to have been a typo).

On April 21, 2026, Plaintiffs filed their First Amended Complaint, which included two new plaintiffs (Hernandez and Pearson) as well as new causes of action. [ECF No. 62].

On May 14, 2026, the Parties jointly moved to amend the briefing schedule with respect to Defendants' forthcoming motions to transfer venue and motions to dismiss. [ECF No. 64].

On May 15, 2026, the Court entered an Order (1) vacating as moot motion to dismiss (ECF No. 52); (2) vacating as moot motion to change venue (ECF No. 53); (3) vacating as moot motion to dismiss failure to state a claim (ECF No. 54); and (4) vacating as moot joint motion to amend briefing schedule (ECF No. 64). [ECF No. 65]. The Court entered this Order on the basis that Plaintiffs' First Amended Complaint superseded the prior pleading and therefore mooted the pending motions. [ECF No. 65].

The Parties now respectfully renew their Joint Motion to Amend Briefing Schedule, which pertains to Defendants' forthcoming motions to transfer and to dismiss. Defendants' motions are in response to Plaintiffs' First Amended Complaint, and they will not exceed the page limits already set by the Court. [ECF No. 48].

## III.   ARGUMENT

Federal Rule of Civil Procedure 6 provides that, "[w]hen an act may or must be done within a specified time, the court may, for good cause, extend the time…if a request is made[] before the original time or its extension expires[.]" Fed. R. Civ. P. 6(b)(1). "'Good cause' is a non-rigorous standard that has been construed broadly across procedural and statutory contexts." *Ahanchian v. Xenon Pictures, Inc.*, 624 F.3d 1253, 1259 (9th Cir. 2010) (internal citations omitted). Moreover, Rule 6, "like all the Federal Rules of Civil Procedure, is to be liberally construed to effectuate the general purpose of seeing that cases are tried on the merits." *Id*. at 1258–59 (internal quotation marks omitted). "Consequently, requests for extensions of time made before the applicable deadline passed should normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." *Id*.  Here, there is good cause for the Court to enter an order confirming the Parties' agreed-upon briefing schedule regarding the forthcoming motions responding to the First Amended Complaint. *See generally id*. at 1260 (district court abused discretion by denying request for extension

where record showed "relief was reasonable, justified, and would not result in prejudice to any party").

Here, good cause exists. This case involves numerous Plaintiffs and Defendants, over one-hundred pages of pleadings, and numerous causes of action. [ECF No. 62]. Plaintiffs further consent to the requested relief and thus there is no prejudice. *Ahanchian*, Inc., 624 F.3d at 1260 (holding that district court abused discretion by denying request for extension where record showed "relief was reasonable, justified, and would not result in prejudice to any party"). Accordingly, the Parties request that the Court enter their agreed-upon schedule for motions submitted in response to Plaintiffs' First Amended Complaint:

- **Defendants' Responses to the First Amended Complaint (including the American Defendants' motion to transfer)** – May 21, 2026
- **Plaintiffs' Opposition Papers** – June 26, 2026
- **Defendants' Reply Papers** – July 10, 2026
- **Hearing Date** – July 17, 2026.

## IV.   **CONCLUSION**

For the reasons set forth above, the Parties respectfully request that the Court enter an order adopting the Parties' agreed-upon briefing schedule for the forthcoming motions.


DATED: May 18, 2026                                     SANFORD HEISLER SHARP
                                                        MCKNIGHT LLP


                                                        By: */s/ Hilary Rosenthal*
                                                        Hilary Rosenthal
                                                        Cara Van Dorn
                                                        Saba Bireda, *pro hac vice*
                                                        Christine Dunn, *pro hac vice*
                                                        Carolin Guentert, *pro hac vice*
                                                        Michael Lockman, *pro hac vice*

                                                        Attorneys for Plaintiffs

JOINT MOTION TO AMEND BRIEFING SCHEDULE

DATED:  May 18, 2026

REED SMITH LLP

By: */s/ Michele Gehrke*
Michele Haydel Gehrke
Daniel H. Ahn
Brian M. Noh

Attorneys for Defendants

AMERICAN AIRLINES, INC.,
AMERICAN AIRLINES GROUP
INC.

DATED:  May 18, 2026

KELLY HART & HALLMAN, LLP

By: */s/ Shauna Wright*
Shauna J. Wright
Elizabeth C. Thomas

Attorneys for Defendants

AMERICAN AIRLINES, INC.,
AMERICAN AIRLINES GROUP
INC.

DATED:  May 18, 2026

LEADER BERKON COLAO &
SILVERSTEIN LLP

By: */s/ Arthur Willner*
Arthur Willner

Attorneys for Defendant

COAST FLIGHT TRAINING AND
MANAGEMENT, INC.

- 8 -

JOINT MOTION TO AMEND BRIEFING SCHEDULE