ARTHUR WILLNER, SBN 118480
LEADER BERKON COLAO & SILVERSTEIN LLP
445 South Figueroa Street, Suite 2980
Los Angeles, CA 90071
Telephone: (213) 234-1750
Facsimile:  (213) 234-1747

Attorneys for Defendant
COAST FLIGHT TRAINING AND
MANAGEMENT, INC.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TWENTY CADETS: KENDALL ANDERSON, CHRISTOPHER CHODKOWSKI, DE'ANDRE CLARK, ANDREW FOGEL, LUDGY GERMAIN, DISNEY-SEAN GRANNELL, JAMAAL JOHNSON, KRYSTALL JONES, ADAM KHAN, ASHLEY KUMAR, FAITH LITTLE, HONNAH LUSBY, SAMIRA MCGOWAN, KETSIA MIANDA, THIAGO ORTEGA, IVANA PAGE, TRISTON SANDERSON, and MATHIAS THELUS, individually, | Case No. **25CV3609BAS MSB** |
| | **NOTICE OF MOTION**: DEFENDANT COAST FLIGHT TRAINING AND MANAGEMENT, INC.  NOTICE OF MOTION AND MOTION TO DISMISS CERTAIN CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6)] |
| Plaintiffs, | |
| v. | Date: July 17, 2026<br>Courtroom: 12B<br>Judge: Hon. Cynthia A. Bashant |
| AMERICAN AIRLINES, INC., AMERICAN AIRLINES GROUP, | **NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT** |

Leader Berkon Colao & Silverstein LLP
Attorneys at Law

**NOTICE OF MOTION:** DEFENDANT COAST FLIGHT TRAINING AND MANAGEMENT, INC. MOTION TO DISMISS CERTAIN CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM [FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6)]

**Case No. 25CV3609BAS MSB**

INC., AMERICAN AIRLINES FEDERAL CREDIT UNION, and COAST FLIGHT TRAINING AND MANAGEMENT, INC.,

Defendants.

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on July 17, 2026, in Courtroom 12B, before the Honorable Cyntha Bashant, in the United States District Court for the Southern District of California, located at 333 West Broadway, San Diego, California 92101, Defendant, COAST FLIGHT TRAINING AND MANAGEMENT, INC. ("Coast"), by and through its counsel, will and does hereby move and pursuant to Rule 12(b)(6) of the *Federal Rules of Civil Procedure* to dismiss certain causes of action asserted against Coast.

This action is brought by twenty individuals who applied and were accepted into the American Airlines Cadet Academy ("AACA") which plaintiffs contend was a program intended to expand opportunities for minorities to become pilots with the potential for employment with American Airlines. Coast is a flight school that provided training for these would-be pilots.

Coast brings this motion to dismiss the following state law causes of action asserted against it by plaintiffs:

Plaintiffs' First Cause of Action (Fraudulent Misrepresentation/Intentional Misrepresentation), Second Cause of Action (Fraudulent Concealment), Third Cause of Action (Promissory Fraud/Fraudulent Inducement), Fourth Cause of Action (Negligent Misrepresentation), Fifth Cause of Action (Violation of Cal. Bus. & Prof. Code § 17200 *et seq.*), Sixth Cause of Action (Violation of California False

Leader Berkon Colao & Silverstein LLP
Attorneys at Law

- 2 -

Leader Berkon Colao & Silverstein LLP
Attorneys at Law

Advertising Law – Cal. Bus. & Prof. Code § 17500 *et seq.*), Seventh Cause of Action (Violation of California Consumers Legal Remedies Act – Cal. Civ. Code § 1750 *et seq.*), Eighth Cause of Action (Violation of the Texas Deceptive Trade Practices-Consumer Protection Act – Tex. Bus. & Com. Code Section 17.41 *et seq.*), Ninth Cause of Action (Violation of the California Unruh Civil Rights Act – Cal. Civ. Code Section 51, *et seq.*), Thirteenth Cause of Action (Breach of Contract), and Fifteenth Cause of Action (Breach of Quasi-Contract) should be dismissed without leave to amend because these are state law claims that are preempted by federal law.

Specifically, air safety standards are the exclusive province of federal law and are subject to a pervasive system of Federal Aviation Regulations that implicate the underlying allegations asserted by each of these causes of action.  These claims are, therefore, preempted by implied field preemption "because they require the factfinder to intrude upon the federally occupied field of aviation safety." *Ventress v. Japan Airlines*, 747 F.3d 716, 719 (9th Cir. 2014).

In addition, Coast's motion separately addresses four claims as to which Coast has distinct, independent grounds for dismissal: The claims for Promissory Fraud (Third Cause of Action), Texas DTPA (Eighth Cause of Action), and ECOA (Tenth Cause of Action) fail for reasons specific to Coast's role in the AACA and the First Amended Complaint's failure to adequately attribute the relevant conduct to Coast individually.  Further, the Fifteenth Cause of Action fails to properly plead a claim for Breach of Quasi-Contract.

This motion is made following the conference of counsel that took place on May 13, 2026.

- 3 -

**NOTICE OF MOTION:** DEFENDANT COAST FLIGHT TRAINING AND MANAGEMENT, INC. MOTION TO DISMISS CERTAIN CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT FOR FAILURE TO STATE A CLAIM
[FEDERAL RULES OF CIVIL PROCEDURE, RULE 12(b)(6)]

Dated:  May 21, 2026

LEADER BERKON COLAO & SILVERSTEIN LLP

By: /s_____

Arthur I. Willner, Esq.
Attorneys for Defendant
COAST FLIGHT TRAINING AND MANAGEMENT, INC.
Email: awillner@leaderberkon.com

- 4 -