**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

KENDALL ANDERSON, *et al.*,
Plaintiffs,

v.

AMERICAN AIRLINES, INC. *et al.*,

Defendants.

Case No. 25-cv-03609-BAS-MSB

**ORDER GRANTING PLAINTIFFS' EX PARTE MOTION TO FILE SUR-REPLY (ECF No. 77)**

Before the Court is an Ex Parte Motion to File Sur-Reply ("Motion") filed by Plaintiffs Kendall Anderson, Christopher Chodkowski, De'Andre Clark, Andrew Fogel, Ludgy Germain, Disney-Sean Grannell, Juan Hernandez, Jamaal Johnson, Krystall Jones, Adam Khan, Ashley Kumar, Faith Little, Honnah Lusby, Samira McGowan, Ketsia Mianda, Thiago Ortega, Ivana Page, Andrew Pearson, Triston Sanderson, Mathias Thelus, Twenty Cadets. (ECF No. 77.) The Motion requests for leave to file attached sur-replies (ECF Nos. 77-1, 77-2) to Defendants American Airlines, Inc. and American Airlines Group Inc.'s ("AA Defendants") Motion to Transfer (ECF Nos. 70, 74) and Motion to Dismiss (ECF Nos. 69, 75).

A decision to grant or deny leave to file a sur-reply is generally committed to the "sound discretion" of the court. *See Brady v. Grendene USA, Inc.*, No. 3:12-cv-0604-GPC-KSC, 2015 WL 6828400, at *3 (S.D. Cal. Nov. 6, 2015); *United States v. Venture One*

*Mortg. Corp.*, No: 13-CV-1872 W (JLB), 2015 WL 12532139, at *2 (S.D. Cal. Feb. 26, 2015). Such discretion "should be exercised in favor of allowing a sur-reply only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Hill v. England*, No. CVF05869RECTAG, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005). A court may also permit a sur-reply "in the interest of fairness" even where the "reply brief [is] largely responsive to issues raised by [the opposing part] in its opposition" brief. *Sherman v. Yahoo! Inc.*, No. 13CV0041-GPC-WVG, 2015 WL 5604400, at *3 (S.D. Cal. Sept. 23, 2015) (permitting defendant to file sur-reply despite plaintiff's characterizations that arguments in the reply were not new).

Here, Plaintiffs move to file a sur-reply so that Plaintiffs can respond to new arguments raised in AA Defendants' replies in support of AA Defendants' Motion to Dismiss and Motion to Transfer Venue. Having reviewed the proposed sur-replies and considered Plaintiffs' Motion, the Court **GRANTS** Plaintiffs' ex parte request to file the sur-replies. (ECF No. 77.) Plaintiffs may file the sur-replies attached to its motion (ECF Nos. 77-2, 7703) of **<u>not more than eight pages</u>** no later than **<u>July 22, 2026</u>**. Plaintiffs are advised not to use this sur-reply to retread arguments already addressed in its briefing. The Court will disregard any such arguments.

**IT IS SO ORDERED.**

**DATED: July 20, 2026**

**Hon. Cynthia Bashant, Chief Judge**
**United States District Court**